391 A.2d 697

Commonwealth v. Leslie E. Ross, Appellant.

Submitted March 20, 1978. Paul Messing, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Mark E. Gottlieb, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and HOFFMAN and SPAETH, JJ., dissent.

See, *Commonwealth v. Holmes,* 248 Pa.Super. 552, 558, 375 A.2d 379, 382 (1977); *Commonwealth v. Jones,* 250 Pa.Super. 116, 378 A.2d 481, 483 (1977).